UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
v.                                :     **SCHEDULING ORDER**
                                  :
**Jason Roper,**                  :     7-22-cr-00317-PMH
                    Defendants.   :
                                  :
-----------------------------------------------------------x

      An **Initial Conference** in this matter is scheduled for **July 14, 2022 at 3:00 pm.** Because of the current public health emergency, the Court will conduct the conference by telephone conference call, provided that defendants waive their right to be physically present and consent to appear by telephone after consultation with counsel.

      **Members of the press and public may call the same number below but will not be permitted to speak during the conference.**

      Accordingly, it is hereby ORDERED:

      1. Defense counsel shall complete the attached waivers for their clients' right to be physically present and consent to appear by telephone. The waivers shall be submitted no later than **7/7/2022**.

      2. At the time of the scheduled hearing, all counsel and defendants shall attend by calling the following number and entering the access code when requested:

      **Dial-In Number**:   **(888) 398-2342**
      **Access Code:**      **3456831**

White Plains, NY

Dated: June 17, 2022            SO ORDERED:

                                        _____
                                        Philip M. Halpern, U.S.D.J

March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA,

            -v-

          ,
            Defendant(s).

---------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

    -CR-    ( )( )

Defendant _____ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

___    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

_____            _____
Defendant's Signature                          Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____            _____
Print Defendant's Name                         Print Defense Counsel's Name

This proceeding was conducted by AT&T teleconferencing technology.

_____                      _____
Date                                            U.S. District Judge/U.S. Magistrate Judge

April 2, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA

            -v-                                **WAIVER OF RIGHT TO BE PRESENT AT**
                                                 **CRIMINAL PROCEEDING**

                            ,                                 -CR-    ( )( )
               Defendant.
----------------------------------------------------------------X

**Check Proceeding that Applies**

____   Arraignment

I have been given a copy of the indictment containing the charges against me and have reviewed it with my attorney. I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York to confirm that I have received and reviewed the indictment; to have the indictment read aloud to me if I wish; and to enter a plea of either guilty or not guilty before the judge. After consultation with my attorney, I wish to plead not guilty. By signing this document, I wish to advise the court of the following. I willingly give up my right to appear in a courtroom in the Southern District of New York to advise the court that**:**

    1)    I have received and reviewed a copy of the indictment.
    2)    I do not need the judge to read the indictment aloud to me.
    3)    I plead not guilty to the charges against me in the indictment.

Date:    _____
              Signature of Defendant

              _____
              Print Name

___   Bail Hearing

I am applying or in the future may apply for release from detention, or if not detained, for modification of the conditions of my release from custody, that is, my bail conditions. I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time that my attorney makes such an application. I have discussed these rights with my attorney and wish to give up these rights for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney be permitted to make applications for my release from custody or for modification of the conditions of my release even though I will not be present, and to make such applications in writing or by telephone in my attorney's discretion.

Date:    _____
              Signature of Defendant

              _____
              Print Name

____    Conference

I have been charged in an indictment with violations of federal law. I understand that I have a right to be present at all conferences concerning this indictment that are held by a judge in the Southern District of New York, unless the conference involves only a question of law. I understand that at these conferences the judge may, among other things, 1) set a schedule for the case including the date at which the trial will be held, and 2) determine whether, under the Speedy Trial Act, certain periods of time should be properly excluded in setting the time by which the trial must occur. I have discussed these issues with my attorney and wish to give up my right to be present at the conferences. By signing this document, I wish to advise the court that I willingly give up my right to be present at the conferences in my case for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney be permitted to represent my interests at the proceedings even though I will not be present.

Date:   _____
         Signature of Defendant

         _____
         Print Name

I hereby affirm that I am aware of my obligation to discuss with my client the charges contained in the indictment, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held in my client's absence. I will inform my client of what transpires at the proceedings and provide my client with a copy of the transcript of the proceedings, if requested.

Date:   _____
         Signature of Defense Counsel

         _____
         Print Name

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant. The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it. The interpreter's name is: _____.

Date:   _____
         Signature of Defense Counsel

**Accepted:**   _____
               Signature of Judge
               Date:

2