U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

> Application granted. The initial conference is adjourned to July 26, 2022 at 10:00 a.m. to be held by telephone using the same dial-in instructions set forth in the June 17, 2022 scheduling order. Defense counsel shall complete and submit the waivers by 7/19/2022. An order excluding time under the Speedy Trial Act will be separately docketed.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> June 28, 2022

**BY ECF**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Re:** *United States v. Jason Roper*, **22-cr-317 (PMH)**

Dear Judge Halpern:

The Government writes with respect to two matters. First, counsel for the defendant has informed the Government that the time for the current initial conference in this matter (July 14, 2022) does not work because he will be traveling on that date and that he will be away from July 14-18. The parties would respectfully request that the Court adjourn the pretrial conference in this matter to a time outside of those dates that is convenient for the Court.

Second, the Government would respectfully request that time be excluded under the Speedy Trial Act between now and the new conference date. Time was previously excluded by the Honorable Andrew E. Krause, United States Magistrate Judge for the Southern District of New York, until June 28, 2022. Such an exclusion would allow the Government to produce discovery, to allow the defendant to review discovery, and to allow the parties to discuss a potential pretrial resolution. *See* 18 U.S.C. § 3161(h)(7)(A). The defendant does not object to this application. A proposed order is attached for the Court's convenience.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s_____
Shiva H. Logarajah
Assistant United States Attorneys
Tel: 914-993-1918

cc: James Neuman, Esq. (via ECF)