UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA                  :
                                          :
v.                                        :      **RESCHEDULING ORDER**
                                          :
**Jason Roper,**                          :
                      Defendants.         :      7- 22-cr-00317- PMH
                                          :
------------------------------------------------------------x

Sentencing in this matter is rescheduled to February 27, 2023 at 4:00 pm in Courtroom 520 at the White Plains Courthouse.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: October 13, 2022                SO ORDERED:

                                       _____
                                       Philip M. Halpern, U.S.D.J