UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
v.                                :     **ORDER**
                                  :
**Jason Roper,**                  :     7- 22-cr-00317- PMH
                  Defendants.     :
                                  :
-----------------------------------------------------------x

The Court has advanced the Defendant's Sentencing in this matter on <u>February 27, 2023 to 2:30 p.m.</u> in Courtroom 520 at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: January 27, 2023            SO ORDERED:

                                   _____
                                   Philip M. Halpern, U.S.D.J