# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
james@jamesneuman.com

Judge Philip P. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> Application granted. Defendant's sentencing submission is due April 4, 2023. The Government's submission is due April 11, 2023.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> March 31, 2023

Re: *USA v Jason Roper,* 22 Cr 317 (PMH)

Your Honor:

      I am writing for permission to file the sentencing memorandum for Jason Roper late, specifically on April 4, 2023. Mr. Roper is currently scheduled to be sentenced on April 20, 2023.

      There are two reasons for this request. First, accustomed to filing sentencing submissions two weeks in advance of sentencing, I apparently overlooked that this Court stated at the plea that this Court instead directs parties to make such submissions three weeks in advance. This was an oversight and I apologize. But secondly, I have been awaiting a report from an assigned mitigator, which was just received after 11 p.m. last night. Now that I have the report, I can complete my sentencing memorandum and review it with my client. The next day I can meet with my client at Essex County Correctional Facility is Tuesday, April 4th.

      For these reasons, I ask for permission to file the defense submission on April 4, 2023.

Very truly yours,

_____/s/_____
James E. Neuman